In re Freeman, Elka; Diefenthal, Stanley M.; Diefenthal, Elka Freeman; Badger, Beatrice; De La Vergne, Hughes; De La Vergne, Beatrice Badger; Leaman, Paul J. Jr.; Gold, Dotty; Nathan, Max Jr.; Nathan, Dotty Gold; Pettit, Carole Crowell; Kuntz, Gretchen; Elms, John; Elms, Gretchen Kuntz; Sherry, Stephany; Montel-eone, William; Monteleone, Stephany; Ott, Margaret Carolyn; Loria, Phillip R. Dr.; Loria, Margaret Carolyn;— Plaintiff(s); applying for supervisory and/or remedial writs; Parish of Orleans, Civil District Court, Div. “B”, No. 88-1272; to the Court of Appeal, Fourth Circuit, No. 88CW 1932.
Denied.